David C. Radulescu (DR-9873)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000

Matthew D. Powers (admitted *pro hac vice*)
Rip Finst (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California  94065

Lynne A. Borchers (LB-6894)
D. Randal Ayers (admitted *pro hac vice*)
MYERS BIGEL SIBLEY & SAJOVEC, P.A.
4140 Parklake Avenue
Raleigh, North Carolina  27612
(919) 854-1400

ATTORNEYS FOR DEFENDANT CREE, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE NEUMARK ROTHSCHILD,<br><br>        Plaintiff,<br><br>  v.<br><br>CREE, INC.,<br><br>        Defendant. | No. 05 CIV. 5939 (WGY) |

**DECLARATION OF DAVID C. RADULESCU IN SUPPORT OF CREE'S OPPOSITION [NO. 4] TO PLAINTIFF'S THREE MOTIONS [DKT. NOS. 88, 91, 94]  IN LIMINE TO EXCLUDE TESTIMONY FROM CREE'S EXPERTS MARTIN J. ADELMAN, RAMESH BHARGAVA, AND ERIC BRETSCHNEIDER**

I, David C. Radulescu, hereby declare as follows:

1. I am an attorney admitted to practice before this Court and am a partner in the law firm of Weil, Gotshal & Manges LLP, counsel for defendant Cree, Inc. ("Cree") in the captioned action. I submit this Declaration based upon personal knowledge in support of Cree's Opposition [No. 4] to Plaintiff's Three Motions [Dkt. Nos. 88, 91, 94] in Limine to Exclude Testimony from Cree's Expert's Martin J. Adelman, Ramesh Bhargava, and Eric Bretschneider.

2. Attached as Exhibit 1 is a true and correct copy of the June 9, 2009 Expert Report of Dr. Ramesh N. Bhargava Regarding Philips' Zinc Selenide (ZnSe) Semiconductor Research Program (with Appendix A only).

3. Attached as Exhibit 2 is a true and correct copy of Philips Invention Disclosure No. 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 (Neumark 184281 – Neumark 184283).

4. Attached as Exhibit 3 is a true and correct copy of transcript of the deposition of Brian J. Fitzpatrick dated June 17, 2008.

5. Attached as Exhibit 4 is a true and correct copy of the transcript of the deposition of Martin J. Adelman's dated August 20, 2009.

6. Attached as Exhibit 5 is a true and correct copy of the Affidavit of Brian J. Fitzpatrick dated October 25, 2004.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  October 23, 2009		WEIL, GOTSHAL & MANGES LLP

		By:     /s/ David C. Radulescu

		David C. Radulescu (DR-9873)
		WEIL, GOTSHAL & MANGES LLP
		767 Fifth Avenue
		New York, New York  10153
		(212) 310-8000

829470

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 23, 2009, a true and correct copy of the foregoing DECLARATION OF DAVID C. RADULESCU IN SUPPORT OF CREE'S OPPOSITION [NO. 4] TO PLAINTIFF'S THREE MOTIONS [DKT. NOS. 88, 91, 94] IN LIMINE TO EXCLUDE TESTIMONY FROM CREE'S EXPERTS MARTIN J. ADELMAN, RAMESH BHARGAVA, AND ERIC BRETSCHNEIDER was served by electronic mail delivery upon the following:

> Albert L. Jacobs, Jr.
> Daniel A. Ladow
> TROUTMAN SANDERS LLP
> The Chrysler Building
> 405 Lexington Avenue
> New York, New York 10174
> Telephone:  212-704-6086
> Facsimile:  212-704-5903
>
> albert.jacobs@troutmansanders.com
> daniel.ladow@troutmansanders.com
>
> *Attorneys for Plaintiff*
> *Prof. Gertrude Neumark Rothschild*

        WEIL, GOTSHAL & MANGES LLP

        By:   */s/ David C. Radulescu*

        David C. Radulescu (DR-9873)
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York  10153
        (212) 310-8000